# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT MCCOY and SARAH MCCOY, | Case No.: 2:21-cv-00903-APG-EJY |
| Plaintiffs | **Order Remanding Case for Lack of Subject Matter Jurisdiction** |
| v. | |
| SAFECO INSURANCE COMPANY OF ILLINOIS, | |
| Defendant | |

Defendant Safeco Insurance Company of Illinois removed this action on the basis of diversity jurisdiction. ECF No. 1. Safeco failed to present sufficient evidence to show the amount in controversy requirement was satisfied, so I ordered Safeco to show cause why this case should not be remanded to state court. ECF No. 5. Safeco's response does not persuade me that I should not remand. Safeco's argument would make every case requesting punitive damages removable. That is not the law.

I THEREFORE ORDER that this case is remanded to the state court from which it was removed for all further proceedings. The clerk of the court is instructed to close this case.

DATED this 1st day of June, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE